# AFFIDAVIT OF SERVICE

CIVIL ACTION NO: 16-CV-4282

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| Attorneys: PARDALIS & NOHAVICKA, LLP | Ph: 718 777-0400 | File No: 16PN018 |
|---|---|---|
| Address: 35-10 BROADWAY, SUITE 201, ASTORIA, NY 11106 | | |

JORGE WUILSON ROMERO, ON BEHALF OF HIMSELF AND
OTHERS SIMILARLY SITUATED    PLAINTIFF(S)
-against-
FLORIS CONSTRUCTION, INC. AND STAMATIS KOSTIKIDIS,    DEFENDANT(S)
IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITY

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, **PANAGIOTIS ANTIARIS**, being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of New York. That on **8/17/16** at: **2:00 PM** deponent served the within **SUMMONS IN A CIVIL ACTION** on **STAMATIS KOSTIKIDIS** respondent therein named at **31-30 41 STREET, ASTORIA, NEW YORK 11103**

CONSPICUOUS SERVICE
BY AFFIXING TO DOOR
AND MAILING

__X__

The respondent(s) were served by affixing separate true copies for each respondent, to the door of the premises sought to be recovered. At the time of said service, deponent rang the bell and/or knocked on the door but received no reply. After reasonable application, deponent was unable to find the aforementioned respondent(s) or a person of suitable age and discretion who was willing to accept service at the above address, having previously attempted service at:
**31-30 41 STREET, ASTORIA, NEW YORK 11103**

First Attempt Date: 8/8/16        First Attempt Time: 6:10 PM
Second Attempt Date: 8/12/16      Second Attempt Time: 10:40 AM
Third Attempt Date: 8/17/16       Third Attempt Time: 2:00 PM

That on **8/18/16**, deponent mailed true copies of the **SUMMONS IN A CIVIL ACTION** by certified, first class mail in a postpaid sealed wrapper and regular first class mail in a postpaid sealed wrapper properly addressed to defendant at defendant's PLACE OF **BUSINESS,** and deposited wrapper in a post office of the United States Postal Service within New York State. The mailing was made to the address bearing "Personal & Confidential" and not indicating "Legal Action".

Panagiotis Antiaris
Lic# 1249148

Sworn to before me on: 8/18/16

FOTI AGELOPOULOS
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01AG6208643
COMM. EXP. 2/6/17