**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jorge Wuilson Romero, *on behalf of themselves and others similarly situated,*<br><br>*Plaintiff*,<br><br>          -v-<br><br>Floris Construction, Inc. and Stamatis Kostikidis, *in their individual and professional capacity,*<br><br>*Defendants.*<br><br>_____ | Civil Case No.: 1:16-cv-4282-PKC-RLM<br><br>**REQUEST FOR CERTIFICATE OF**<br><br>**DEFAULT** |

      TO:    DOUGLAS C. PALMER
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK

      Please enter the default of Defendants Floris Construction, Inc. and Stamatis Kostikidis pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Ariadne Panagopoulou, Esq.

      Dated: Astoria, New York
             November 8, 2016

                                    Respectfully submitted,
                                    **PARDALIS & NOHAVICKA, LLP**

                   By:     /s/Ariadne Panagopoulou
                            Ariadne Panagopoulou (AP-2202)
                            *Attorneys for Plaintiff*
                            35-10 Broadway, Suite 201
                            Astoria, New York 11106
                            Tel: 718.777.0400 | Fax: 718.777.0599
                            Email: ari@pnlawyers.com

1

1

2

### <u>CERTIFICATE OF SERVICE</u>

3

I hereby certify that on November 8, 2016 the foregoing document and all attachments thereto,

4

filed through the ECF system, will be sent electronically to the registered participants as

5

identified on the Notice of Electronic Filing ("NEF"), and paper copies will be served via first-

6

7

class mail to those indicated as non-registered participants.

8

9

**PARDALIS& NOHAVICKA, LLP**

10

By:      _/s/Ariadne Panagopoulou_____

11

Ariadne Panagopoulou (AP-2202)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28