## NON-MILITARY AFFIDAVIT

UNITED STATES DISTRICT COURT                                     INDEX NO:  **16-CV-4282**
EASTERN DISTRICT OF NEW YORK
JORGE WUILSON ROMERO, ON BEHALF OF HIMSELF AND

OTHERS SMILARLY SITUATED

                                   Petitioner(s)

                 - against -

FLORIS CONSTRUCTION INC, AND STAMATIS KOSTIKIDIS,

IN HIS INDIVIDUAL AND PROFESSIONAL CAPACITY

                                   Respondent (s)

_____

STATE OF NEW YORK: COUNTY OF QUEENS:; SS;

**Panagiotis Antiaris**, being duly sworn, deposes and says:

I am over the age of 18 years, am not a party to this action and reside at 1728 Hering Avenue, Bronx, NY 10461.

I have been requested by the LAW OFFICE OF PARDALIS AND NOHAVICKA, Attorney(s) for Petitioner(s) to make an investigation if the Respondent(s), **STAMATIS KOSTIKIDIS**,   is at the present time in military service of the United States or on active duty in the military service of the State of New York or dependent upon anyone who is a member of the military service of the United States or on an active duty in the military service of the State of New York.

On **DECEMBER 6**[TH] ,  I went to premises, **31-30 41 STREET, ASTORIA, NY 11103**at **3:45 PM**. Upon arriving, deponent found no one at the location . Deponent then spoke with an individual named **ANDREAS(would not give last name. tan male, black hair, mid 40's, 5'9" 190lbs)**, who was at the address next door, **31-28 41 STREET, ASTORIA, NY 11103.** Andreas confirmed he resided at that residence for over 6 years. In response to my questions said person told me that he had never seen anyone entering or leaving 31-30 41 Street in military uniform at any point. He believed the Respondent(s) listed above  was/were- not in the military service of the United States or on active duty in the State of New York and the Respondent(s) is/are not a dependant of anyone in the military service of the United States or on active duty in the military service of the United States or on active duty in the State of New York and said person stated he/she has never seen the Respondent(s) or any other person(s) in or out of the dwelling in a military uniform.

From the facts above set forth, I am convinced that the said Respondent(s) **STAMATIS KOSTIKIDIS**, are not in military service of the United States or of the State of New York, nor dependent upon anyone who is a member of the military service of the United States or on active duty in the military service in the State of New York at the present time.

SWORN TO BEFORE ME THIS DAY OF

_1, December_   20_16_                                           Panagiotis Antiaris

_____
NOTARY PUBLIC-STATE OF NEW YORK

FOTI AGELOPOULOS
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01AG6208643
COMM. EXP. _7/6/17_