UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jorge Wuilson Romero, *on behalf of himself and others similarly situated*,

Plaintiff,

-v-

Floris Construction Inc. and Stamatis Kostikidis, *in their individual and professional capacity*,

Defendants.

Civil Case No.: **1:16-cv-4282-PKC-RLM**

**CERTIFICATE OF DEFAULT**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 27 2016 ★
BROOKLYN OFFICE

I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants Floris Construction Inc. and Stamatis Kostikidis have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants Floris Construction Inc. and Stamatis Kostikidis is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
Dec. 27, 2016

DOUGLAS C. PARMER, Clerk of the Court

By: *Janet Hamilton*
Deputy Clerk

1