UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jorge Wuilson Romero, *on behalf of himself and others similarly situated,*<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>Floris Construction, Inc. and Stamatis Kostikidis, *in his individual and professional capacity,*<br><br>　　　　　　　　　　Defendants. | Civ. Case No. 1:16-cv-04282PLC-RLM<br><br>**ECF Case**<br><br>**Notice of Motion for Default** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Ariadne Panagopoulou, and attached exhibits, and the affidavit of Jorge Wuilson Romero, and all prior papers and proceedings in this case, the Plaintiff, by counsel, move the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2 (b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for judgment by default against Defendants FLORIS CONSTRUCTION, INC. and STAMATIS KOSTIKIDIS.

　　　Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other times the court may direct.

Dated: Astoria, New York
       March 24, 2017

                                      **PARDALIS & NOHAVICKA LLP**

By:      /s/ Ariadne Panagopoulou
          Ariadne Panagopoulou (AP-2202)
          *Attorneys for the Plaintiff*
          Pardalis & Nohavicka, LLP
          3510 Broadway, Suite 201
          Astoria, NY 11106
          Telephone: (718) 777-0400
          Facsimile: (718) 777-0599
          Email: ari@pnlawyers.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jorge Wuilson Romero, *on behalf of himself and others similarly situated,*  )<br>)<br>*Plaintiff,*  )<br>)<br>-v-  )<br>)<br>Floris Construction, Inc. and Stamatis Kostikidis, *in his individual and professional capacity,*  )<br>)<br>*Defendants.*  ) | Civ. Case No. 1:16-cv-04282-PKC-RLM<br><br>**CERTIFICATE OF SERVICE** |

I, Ariadne Panagopoulou, an attorney duly licensed to practice in this Court, hereby certify that on 3/24/2017, I caused to be served upon Defendants Floris Construction, Inc. and Stamatis Kostikidis, Plaintiff's motion for default judgment, with supporting papers, by causing a true copy of the same to be sent by first class mail to the following addresses, which are the Defendants' last known addresses:

1. Floris Construction, Inc.
   31-30 41st St
   Astoria, NY 11103

2. Stamatis Kostikidis
   31-30 41st St
   Astoria, NY 11103

Dated: Astoria, New York
       March 24, 2017

**PARDALIS & NOHAVICKA LLP**

By:   ___/s/Ariadne Panagopoulou_____
Ariadne Panagopoulou (AP-2202)
*Attorneys for the Plaintiff*
Pardalis & Nohavicka, LLP
3510 Broadway, Suite 201
Astoria, NY 11106
Telephone: (718) 777-0400
Facsimile: (718) 777-0599