## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:16-cv-04282-PK                                            Purchased/Filed: August 3, 2016

STATE OF NEW YORK     UNITED STATES DISTRICT COURT          EASTERN DISTRICT

*Jorge Wuilson Romero, on behalf of himself and others similarly situated*     Plaintiff

against

*Floris Construction, Inc., et ano.*     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ August 11, 2016 _____, at _____ 3:45pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint

on

_____ Floris Construction Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this
__11th__ day of _____ August, 2016 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1610446

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**