UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jorge Wuilson Romero, *on behalf of himself and others similarly situated,* | ) ) ) |
| *Plaintiff,* | ) ) ) |
| -v- | ) ) |
| Floris Construction, Inc. and Stamatis Kostikidis, *in his individual and professional capacity,* | ) ) ) ) ) |
| *Defendants.* | ) |

Civ. Case No. 1:16-cv-04282-PKC-RLM

**<u>DEFAULT JUDGMENT</u>**

This action having been commenced on August 1, 2016 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendants Floris Construction, Inc. on August 17, 2016, by personally serving Nancy Dougherty, an Authorized Agent in the Office of the Secretary of State of the State of New York, and, further, the Summons and Complaint having been served on Defendants Stamatis Kostikidis by personally serving him at his residence on August 17, 2016, proof of service having been filed on October 31, 2016 for the Corporate and Individual Defendant respectively, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff has judgment against Defendants, jointly and severally, in the total amount of $63, 124.71. This amount includes back wages for a total of $16,020; pre-judgment interest accruing from April 6, 2015 up to this date, for a total of $3,964.71; liquidated damages pursuant to the FLSA and NYLL; and statutory penalties.

IT IS FURTHER ORDERED THAT: the Plaintiff is entitled to damages for Defendants' unlawful retaliation against the Plaintiff, for an amount to be determined at an inquest.

IT IS FURTHER ORDERED THAT: Plaintiff is entitled to be awarded reasonable attorney's fees and costs in prosecuting this action upon a further application to the court.

Dated: New York, New York
_____

_____
U.S.D.J.

This document was entered on the docket on _____

Case 1:16-cv-04282-PKC-RLM Document 14-5 Filed 03/24/17 Page 2 of 2 PageID #: 81