UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JORGE WUILSON ROMERO, on behalf of
himself and others similarly situated,

                        Plaintiff,                        JUDGMENT
                                                         16-CV-04282 (PKC) (RLM)

      - against –

FLORIS CONSTRUCTION, INC., AND STAMATIS
KOSTIKIDIS, in their individual and professional
capacity,
                        Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on November 20, 2017, granting Plaintiff's motion for default judgment; and awarding Plaintiff $18,705.28 in damages ($10,000 for violations of NYLL §§ 195(1) and 195(3), $4,352.64 for unpaid overtime under NYLL, and $4,352.64 for liquidated damages under NYLL) along with prejudgment interest at a rate of nine percent (9%) per annum starting from April 1, 2015 and the Clerk of Court having calculated prejudgment interest at 9% per annum from April 1, 2015 and the prejudgment interest being $2,762.73; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that Plaintiff is awarded a total amount of $21,468.01.

Dated: Brooklyn, NY                                              Douglas C. Palmer
November 21, 2017                                          Clerk of Court

                                                               By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk